[No. 31144-5-II.   Division Two.   August 3, 2005.]

*In the Matter of the Detention of* SAMUEL W. DONAGHE.

SAMUEL W. DONAGHE, *Appellant*, v. THE STATE
OF WASHINGTON, *Respondent.*

Appeal from a judgment of the Superior Court for
Thurston County, No. 95-2-01430-2, Gary Tabor, J., entered
November 25, 2003. *Affirmed* by unpublished opinion
per Houghton, J., concurred in by Morgan, A.C.J., and
Armstrong, J.

[No. 31239-5-II.   Division Two.   August 3, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. BRUCE MICHAEL
CASAWAY, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 03-1-01756-8, D. Gary Steiner, J., entered
December 19, 2003. *Affirmed* by unpublished opinion
per Bridgewater, J., concurred in by Houghton and Van
Deren, JJ.

[No. 31244-1-II.   Division Two.   August 3, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. PETER T.
LITTLEFAIR, *Appellant.*

Appeal from a judgment of the Superior Court for Ska-
mania County, No. 00-1-10775-3, E. Thompson Reynolds,
J., entered December 11, 2003. *Reversed* by unpublished
opinion per Bridgewater, J., concurred in by Houghton and
Van Deren, JJ. Now published at 129 Wn. App. 330.

[No. 31418-5-II.   Division Two.   August 3, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. CYNTHIA SUE
CAMPBELL, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz
County, No. 03-1-01472-5, Jill Johanson, J., entered Febru-
ary 12, 2004. *Affirmed* by unpublished opinion per Morgan,
A.C.J., concurred in by Houghton and Armstrong, JJ.